COURT OF APPEALS OF VIRGINIA

UNPUBLISHED

Present: Judges Alston, Decker and Senior Judge Coleman


SANDRA DELLAIRO, WIDOW OF
 NATHAN DELLAIRO, DECEASED
                                                    MEMORANDUM OPINION*
v.        Record No. 0177-14-1                         PER CURIAM
                                                        JUNE 3, 2014
ROUNTREE CONSTRUCTION COMPANY, INC. AND
 COMMONWEALTH CONTRACTORS GROUP
 SELF-INSURANCE ASSOCIATION/LANDIN INCORPORATED


            FROM THE VIRGINIA WORKERS' COMPENSATION COMMISSION

              (John H. Klein; Montagna, Klein, Camden LLP , on brief), for
              appellant.

              (Daniel E. Lynch; John T. Cornett, Jr.; Lynch & Cornett, PC, on
              brief), for appellees.


        Sandra Dellairo (claimant) appeals from a January 3, 2014 decision of the Workers'

Compensation Commission denying her claim for death benefits following the death of her

husband after he underwent medical treatment for his September 18, 2009 work injury. On

appeal, claimant contends the commission "erred in finding that [she] failed to meet her burden

of proof by establishing causal connection between the June 15, 2011 cervical epidural injection

and the employee's death on June 19, 2011." Upon reviewing the record and the parties' briefs,

we conclude that this appeal is without merit. Accordingly, we summarily affirm the

commission's decision. Rule 5A:27.

        We have reviewed the record and the commission's opinion and find that this appeal is

without merit. Accordingly, we affirm for the reasons stated by the commission in its final

_____
        * Pursuant to Code § 17.1-413, this opinion is not designated for publication.

opinion.  See Dellairo v. Rountree Constr. Co., Inc., VWC File No. VA00000162954 (Jan. 3, 2014).  We dispense with oral argument and summarily affirm because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.  See Code § 17.1-403; Rule 5A:27.

Affirmed.